LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
JOSEPH P. GARIN
Nevada Bar No. 6653
KALEB D. ANDERSON
Nevada Bar No. 7582
KRISTOFER LEAVITT
Nevada Bar No. 13173
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com
kleavitt@lipsonneilson.com

*Attorney for Defendants Augusta Belford & Ellingwood HOA*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; SFR INVESTMENT POOL, 1; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | Case No.: 2:15-cv-1705<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR DEFENDANT AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION TO FILE A RESPONSE TO NATIONSTAR MORTGAGE LLC'S COMPLAINT** |

　　　　The parties to this action, through their respective counsel, do hereby stipulate and agree that:

　　　　Defendants AUGUSTA BELFORD and ELLINGWOOD HOMEOWNERS ASSOCIATION ("August Belford") shall receive an extension of time to submit a response to NATIONSTAR MORTGAGE, LLC's, Complaint [Doc. # 1]. Such response being due on October 1, 2015, will now be due on October 16, 2015. An extension is necessary to allow Augusta Belford sufficient time to appropriately respond to the Complaint.

/ / /

/ / /

This is Augusta Belford's first request for an extension of time to respond to the Complaint and is not made for the purpose of delay.

Respectfully submitted by:

| | |
|---|---|
| DATED this 30th day of September, 2015. | DATED this 30th day of September, 2015. |
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | AKERMAN, LLP |
| By: */s/ Kristofer D. Leavitt*<br>    Joseph P. Garin, ESQ.<br>    Kaleb D. Anderson, Esq.<br>    Kristofer D. Leavitt, Esq<br>    9900 Covington Cross Dr., Suite 120<br>    Las Vegas, NV  89144 | By: */s/ Donna M. Wittig*<br>    Ariel E. Stern, Esq.<br>    Donna M. Wittig, Esq.<br>    1600 Town Center Dr., Ste. 330<br>    Las Vegas, NV  89144 |
| *Attorneys for Defendant Augusta Belford & Ellingwood HOA* | *Attorneys for Plaintiffs* |

## ORDER

It is hereby **ORDERED** that Defendant Augusta Belford shall have up to, and including, October 16, 2015 to file a response to Nationstar's Complaint.

_____
U.S. DISTRICT COURT JUDGE

Dated: October 1, 2015