ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No.12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  brett.coombs@akerman.com

*Attorneys for Plaintiff Counter-Defendant Nationstar Mortgage LLC and Cross-Defendants Bank of America, N.A., HSBC Bank USA, N.A., as Trustee for Deutsche Alt-A Securities, Inc., Mortgage Pass-through Certificates, Series 2007-AR3, and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>          Plaintiff,<br>v.<br><br>AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>          Defendants. | Case No.: 2:15-cv-01705-MMD-PAL<br><br>**STIPULATION AND ORDER OF DISCLAIMER OF INTEREST AND DISMISSAL** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>          Counter-Claimant,<br>v.<br><br>NATIONSTAR MORTGAGE, LLC; BANK OF AMERICA, N.A.; HSBC BANK USA, N.A., AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for | |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

ALLIANCE BANCORP, a suspended California corporation; GERTRUDE Q. GREGORIO, an individual; and CARLEN R. GREGORIO, an individual,

Counter-Defendant/Cross-Defendants.

Plaintiff/counter-defendant Mortgage Electronic Registration Systems, Inc. (**MERS**) and defendant/counter-plaintiff SFR Investments Pool 1, LLC's (**SFR**) stipulate as follows:

1.  WHEREAS, MERS claims no legal right, title, or interest in the first deed of trust recorded in the Clark County recorder's office against the property located at 9752 Plane Tree Court, Las Vegas, NV 89178 (the **Property**) on January 2, 2007 as Instrument No. 20070102-0004968 and MIN No. 100039306110187592.

2.  WHEREAS, MERS represents that as of the date of this stipulation, MERS has not transferred or assigned to any other entity its interest as nominee beneficiary in the subordinate deed of trust recorded in the Clark County recorder's office on January 2, 2007 as Instrument No. 20070102-0004969 and MIN No. 100039306110187709.  To the extent MERS possesses an interest in the subordinate deed of trust, MERS stipulates that subordinate deed of trust is no longer attached to the Property and does not affect title to the Property.

3.  WHEREAS, MERS expressly disclaims any and all other right, title, and interest in the Property.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

4.   WHEREAS, SFR agrees, based upon MERS's disclaimers set forth herein, that MERS should be dismissed from this action, with prejudice; and

5.   WHEREAS, based upon MERS's disclaimer set forth herein, SFR and MERS agree to bear their own attorney's fees and costs.

DATED this 31st day of October, 2016.

**AKERMAN LLP**

**KIM GILBERT EBRON**

*/s/ Brett M. Cooombs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Counter-Defendant Nationstar Mortgage LLC and Cross-Defendants Bank of America, N.A., HSBC Bank USA, N.A., as Trustee for Deutsche Alt-A Securities, Inc., Mortgage Pass-through Certificates, Series 2007-AR3, and Mortgage Electronic Registration Systems, Inc.*

*/s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive Suite 110
Las Vegas, NV 89139

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:___October 31, 2016_____

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572