1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

NATIONSTAR MORTGAGE LLC,

Plaintiff,

v.

SFR INVESTMENTS POOL 1, LLC;
AUGUSTA BELFORD AND ELLINGWOOD
HOMEOWNERS ASSOCIATION; DOE
INDIVIDUALS I-X, inclusive, and ROE
CORPORATIONS I-X, inclusive,

Defendants.

Case No. 2:15-cv-01705-MMD-PAL

ORDER

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff Nationstar Mortgage LLC has drawn into question the constitutionality of NRS § 116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 13th day of February 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE