ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Nationstar Mortgage LLC, Bank of America, N.A., and HSBC Bank USA, N.A., as Trustee for Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates, Series 2007-AR3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS 1-X, inclusive, and ROE CORPORATIONS 1-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01705-MMD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS SFR INVESTMENTS POOL 1, LLC'S SLANDER OF TITLE CLAIM WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC<br><br>Counterclaimaint,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; BANK OF AMERICA, N.A.; HSBC BANK USA, N.A., AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for ALLIANCE BANCORP, a suspended California corporation; GERTRUDE Q. GREGORIO, an individual; and CARLEN R. GREGORIO, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

///

46160617;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Nationstar Mortgage LLC, defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC, cross-defendant HSBC Bank, USA, N.A., as Trustee for Deutsche ALT-A Securities, Inc., Mortgage Pass-Through Securities, Inc., Mortgage Pass-Through Certificates, Series 2007-AR3, and cross-defendant Bank of America, N.A. (**BANA**) stipulate as follows:

1. SFR's third claim for relief for slander of title against Nationstar, HSBC and BANA, ECF No. 20 at 20:5-21, shall be dismissed, without prejudice, each party to bear its own attorneys' fees and costs.

This the 21st day of August, 2018.                This the 21st day of August, 2018.

**AKERMAN LLP**                                   **KIM GILBERT EBRON**

/s/ *Scott R. Lachman*                            /s/ *Diana S. Ebron*

ARIEL E. STERN, ESQ.                              DIANA S. EBRON, ESQ.
Nevada Bar No. 8276                               Nevada Bar No. 10580
SCOTT R. LACHMAN, ESQ.                            JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 12016                              Nevada Bar No. 10593
1635 Village Center Circle, Suite 200             7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89134                           Las Vegas, Nevada 89139

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendants HSBC Bank, USA, N.A., as Trustee for Deutsche ALT-A Securities, Inc., Mortgage Pass-Through Securities, Inc., Mortgage Pass-Through Certificates, Series 2007-AR3, and Bank of America, N.A.*

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: August 22, 2018

2

46160617;1