ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:15-cv-01705-MMD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE** |
| AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS 1-X, inclusive, and ROE CORPORATIONS 1-X, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC | |
| Counterclaimaint, | |
| v. | |
| NATIONSTAR MORTGAGE, LLC; BANK OF AMERICA, N.A.; HSBC BANK USA, N.A., AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for ALLIANCE BANCORP, a suspended California corporation; GERTRUDE Q. GREGORIO, an individual; and CARLEN R. GREGORIO, an individual, | |
| Counter-Defendant/Cross-Defendants. | |

*///*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Nationstar Mortgage LLC and defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC stipulate to extend the dispositive motions deadline thirty days, as follows:

1.    On December 26, 2017, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931 (the **certified question case**).   (ECF No. 102.)  The court directed the parties to file a status report within five days of the Nevada supreme court answering the certified question and ordered all pending motions may be re-filed within thirty days from the decision.  (*Id.*)

2.    The Nevada Supreme Court answered the certified question on August 2, 2018.  *SFR Invs. Pool 1, LLC*, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018).   The parties understand the dispositive motions deadline is September 4, 2018, as a result.  (ECF Nos. 102, 109.)  The parties intend to file summary judgment motions, but do not intend to re-file the same briefing they previously filed in light of the recent ruling in the certified question case.  To allow time to update their briefing, and in light of the numerous cases counsel for both parties have with dispositive motions due September 4, 2018, the parties stipulate the dispositive motions deadline shall be **October 4, 2018**.

///
///
///
///
///
///
///
///
///
///
///

2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3.      This is the parties' first request to extend the dispositive motions deadline, and is not made to cause delay or prejudice to any party.

This the 23rd day of August, 2018.                    This the 23rd day of August, 2018

**AKERMAN LLP**                                        **KIM GILBERT EBRON**

 */s/ Scott R. Lachman, Esq.*                           */s/ Diana S. Ebron, Esq.*
ARIEL E. STERN, ESQ.                                   DIANA S. EBRON, ESQ.
Nevada Bar No. 8276                                    Nevada Bar No. 10580
SCOTT R. LACHMAN, ESQ.                                 JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 12016                                   Nevada Bar No. 10593
1635 Village Center Circle, Suite 200                  7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89134                                Las Vegas, Nevada 89139

*Attorneys for plaintiff and counter-defendant*        *Attorneys for defendant, counterclaimant and*
*Nationstar Mortgage LLC*                              *cross-claimant SFR Investments Pool 1, LLC*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:____August 24, 2018_____

46185209;1

1

## CERTIFICATE OF SERVICE

I certify on the 24th day of August, 2018, I filed and served the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE [FIRST REQUEST]** as follows:

*VIA CM/ECF*:

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

*VIA U.S. MAIL*:

Carlen R. Gregorio
Gertrude Q. Gregorio
34778 Williams Way
Union City, California 94587

*Pro se cross-defendants*

/s/ Lauren Morain
An employee of AKERMAN LLP

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46185209;1

4