ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:15-cv-01705-MMD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE SFR INVESTMENTS POOL 1, LLC'S THIRD RENEWED MOTION FOR SUMMARY JUDGMENT [ECF NO. 114]** |
| AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS 1-X, inclusive, and ROE CORPORATIONS 1-X, inclusive, | |
| Defendants. | **[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC | |
| Counterclaimant, | |
| v. | |
| NATIONSTAR MORTGAGE, LLC; BANK OF AMERICA, N.A.; HSBC BANK USA, N.A., AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for ALLIANCE BANCORP, a suspended California corporation; GERTRUDE Q. GREGORIO, an individual; and CARLEN R. GREGORIO, an individual, | |
| Counter-Defendant/Cross-Defendants. | |

///

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Nationstar Mortgage LLC and defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC respectfully submit the following stipulation to allow Nationstar eleven additional days to oppose SFR's third renewed motion for summary judgment, ECF No. 114:

SFR filed its third renewed motion for summary judgment on September 1, 2018. (ECF No. 114.) Nationstar's opposition deadline is September 24, 2018. *See* L.R. 7-2(d).

The parties stipulate to extending Nationstar's opposition deadline by eleven days, from September 24, 2018 to October 5, 2018, to allow Nationstar additional time to prepare its briefing.

This is Nationstar's first request to extend its opposition briefing deadline. It does not make this request to cause delay or prejudice any party.

This the 20th day of September, 2018.

**AKERMAN LLP**

 */s/ Scott R. Lachman, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC*

This the 20th day of September, 2018.

**KIM GILBERT EBRON**

 */s/ Diana S. Ebron, Esq.*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  September 24, 2018

46445178;1