DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01705-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMETNS POOL 1, LLC TO FILE ITS REPLY IN SUPPORT OF ITS THIRD RENEWED MOTION FOR SUMMARY JUDGMENT [ECF NO. 114]**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; BANK OF AMERICA, N.A.; HSBC BANK USA, N.A., AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for ALLIANCE BANCORP, a suspended California corporation; GERTRUDE Q. GREGORIO, an individual; and CARLEN R. GREGORIO, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

Defendant/Counterclaimant/Cross-claimant SFR INVESTMENTS POOL 1, LLC ("**SFR**") and Plaintiff/Counterdefendant NATIONSTAR MORTGAGE, LLC's ("**Nationstar**") respectfully submit the following stipulation to allow SFR six (6) additional days to file its reply in support of its third renewed motion for summary judgment, ECF No. 114.

SFR filed its third renewed motion for summary judgment on September 1, 2018. [ECF No. 114]. Nationstar's opposition deadline was originally September 24, 2018 (LR 7-2(d)), extended to October 5, 2018 by Stipulation and Order entered September 24, 2018. [ECF No. 119].

The parties stipulate to extending SFR's reply deadline by six (6) days, from October 9, 2018 to October 15, 2018, to allow SFR additional time to prepare its briefing.

This is SFR's first request to extend its reply briefing deadline. SFR does not make this request to cause delay or prejudice any party.

| DATED: October 8, 2018. | DATED: October 8, 2018. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| /s/ Diana S. Ebron, Esq. | /s/ Scott R. Lachman, Esq. |
| DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 | ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 |
| *Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC* | *Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 9, 2018