UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-cv-01705-MMD-PAL |
| Plaintiff, | ORDER |
| v. | (Mot Amd Complt – ECF No. 115) |
| AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION, et al., | |
| Defendants. | |

Before the court is Nationstar Mortgage LLC's Motion for Leave to Amend Complaint and Scheduling Order's Amendment Deadline (ECF No. 115). The court has considered the motion, SFR Investments Pool 1 LLC's Opposition (ECF No. 123), Nationstar's Reply (ECF No. 124), and Judge Du's orders.

A review of the docket reflects that the deadline to file a motion to amend the complaint expired in January 2016, and discovery closed in April 2016. However, the case was stayed three times—first, to allow the Ninth Circuit to issue its mandate in *Bourne Valley*; second, to allow the U.S. Supreme Court to rule on whether to accept certiorari in *Bourne Valley*; and third, for the Nevada Supreme Court to rule on *Star Hill*. Pursuant to Judge Du's Order (ECF No. 102) the final stay would be lifted upon the resolution of *Star Hill*, the parties were to file a status report, and the parties would have 30 days to file dispositive motions.

The parties filed their Joint Status Report (ECF No. 108) August 21, 2018. Judge Du entered a Minute Order (ECF No. 109) on August 22, 2018 noting that discovery had closed long before the order staying the case was issued and finding no good cause to reopen discovery. The Minute Order required the parties to file dispositive motions by the deadline established in her prior Order (ECF No. 102).

1

Plaintiff now seeks leave to amend the complaint nearly three years after the deadline has expired, and motions for summary judgment have been filed.

Having reviewed and considered the matter,

**IT IS ORDERED** that Nationstar Mortgage LLC's Motion for Leave to Amend Complaint and Scheduling Order's Amendment Deadline (ECF No. 115) is **DENIED**.

DATED this 23rd day of October, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE