ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS 1-X, inclusive, and ROE CORPORATIONS 1-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01705-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO (1) REPLY SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT, ECF NO. 120 <u>AND</u> (2) OPPOSE SFR INVESTMENTS POOL 1, LLC'S MOTION TO STRIKE, ECF NO. 127**<br><br>**[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC<br><br>Counterclaimaint,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; BANK OF AMERICA, N.A.; HSBC BANK USA, N.A., AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for ALLIANCE BANCORP, a suspended California corporation; GERTRUDE Q. GREGORIO, an individual; and CARLEN R. GREGORIO, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

///

///

46790132;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Nationstar Mortgage LLC and SFR Investments Pool 1, LLC respectfully submit the following stipulation to allow Nationstar fourteen additional days to (**1**) reply supporting its motion for partial summary judgment, and (**2**) oppose SFR's motion to strike certain exhibits. (ECF Nos. 120 and 127.)

This stipulation is made due to the number of briefs in similar HOA foreclosure cases that are due in the same time period. These HOA foreclosure cases all came off stay at the same time when the Nevada Supreme Court resolved the certified question in in *SFR Investments Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931.

Nationstar filed its motion for partial summary judgment on September 24, 2018. (ECF No. 120.) SFR filed its opposition on October 15, 2018. (ECF No. 128.) Nationstar's reply deadline is October 29, 2018. SFR filed its motion to strike on October 15, 2018. (ECF No. 127.) Nationstar's opposition deadline is also October 29, 2018. Nationstar's deadline to reply supporting its motion for partial summary judgment and deadline to oppose SFR's motion will now be **November 12, 2018**. This is the first request to extend Nationstar's reply and opposition briefing deadlines. This stipulation is not made to cause delay or prejudice any party.

| | |
|---|---|
| This the 24th day of October, 2018. | This the 24th day of October, 2018. |
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| */s/ Scott R. Lachman, Esq.* | */s/ Diana S. Ebron, Esq.* |
| ARIEL E. STERN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 10580 |
| SCOTT R. LACHMAN, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89139 |
| *Attorneys for Nationstar Mortgage LLC* | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 25, 2018

2

46790132;1