UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-cv-01705-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| AUGUSTA BELFORD AND ELLINGWOOD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| AND RELATED CLAIMS | |

This dispute arises from the foreclosure sale of property to satisfy a homeowners' association lien ("HOA Sale"). The Court previously found that the HOA Sale did not extinguish Nationstar's first deed of trust and denied SFR's motion for summary judgment as moot. (ECF No. 137 at 11.) In that motion, SFR also sought summary judgment on SFR's quiet title cross claim against the original borrowers, the Gregorios. (ECF No. 114 at 25.) SFR moved for reconsideration, but the Court lacked jurisdiction because SFR had already filed a notice of appeal. (*See* ECF No. 146 at 1-3.) Nevertheless, the Court indicated that it "would grant this portion of SFR's motion if the court of appeals remanded for that purpose because SFR carried its burden of demonstrating that the foreclosure sale extinguished the Gregorios' interest in the property." (*Id.* at 2.) The Ninth Circuit issued its limited remand for this purpose on June 10, 2019. (ECF No. 147-1 at 2.) The Court now grants the portion of SFR's motion seeking summary judgment on its quiet title

///

cross claim against the original borrowers consistent with the Court's prior order. (*See* ECF No. 146 at 1-3.)

It is therefore ordered that SFR's renewed motion for reconsideration (ECF No. 147) is granted.

It is further ordered that the portion of SFR's motion (ECF No. 114) seeking summary judgment on its quiet title cross claim against the original borrowers is granted. The Court quiets title in favor of SFR against the original borrowers. In all other respects, SFR's motion remains denied as moot.

The Clerk of the Court is instructed to enter judgment accordingly.

DATED THIS 4th day of October 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE